**Opinion filed August 29, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00073-CR

_____

## CHRISTOPHER GALINDO, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**

**Taylor County, Texas**

**Trial Court Cause No. 24325A**

## M E M O R A N D U M   C O N C U R R I N G   O P I N I O N

Because I believe that the enhanced photographs are cumulative of other photographs in evidence and because I believe that a proper predicate was not laid for their admissibility, I would hold that the trial court erred when it admitted the enhanced photographs. However, on this record, I would hold that the error is

nonconstitutional error and that, in view of the overwhelming evidence of guilt, the error did not affect Appellant's substantial rights. Therefore, I concur in the result.


MIKE WILLSON

JUSTICE


August 29, 2014

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.